Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:   08–13685 PM     Chapter:   13

Robert W Singleton
Debtor(s)

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case <u>After Failure to Confirm Plan and Notice that Automatic Sat is Terminated</u> was entered on 8/25/08.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 8/25/08

                                                Mark D. Sammons, Clerk of Court
                                                by Deputy Clerk, S Rudolf 410–962–4425